| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Brenneman Jr, Hugh W. | 2. Court or Organization<br><br>USDC Michigan Western | 3. Date of Report<br><br>05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>580 Federal Building<br>110 Michigan N.W.<br>Grand Rapids, MI 49503 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market Savings (L1) | A | Interest | J | T | | | | | |
| 2. J.P. Morgan Chase Bank(accounts) (L2) | A | Interest | J | T | | | | | |
| 3. Goodrich MI Area Sch Dist 4.30% (L3) | A | Interest | K | T | | | | | |
| 4. Grand Rapids MI Dwntown 7.5% Muni Bond (L4) | A | Interest | | | Redeemed | 06/02/14 | J | | |
| 5. Lowell MI Area Schs 6.40% Muni Bond (L5) | B | Interest | K | T | | | | | |
| 6. Morrice Area Sch Dist 4.00% Muni Bond (L7) | A | Interest | K | T | | | | | |
| 7. Michigan St 4.25% Muni Bond (L8) | A | Interest | J | T | | | | | |
| 8. Michigan St Univ Revs (L12) | B | Interest | K | T | | | | | |
| 9. Grand Rapids Mich Cmnty College 4.25% (L13) | A | Interest | J | T | | | | | |
| 10. Fidelity Intermediate Muni Income (L16) | C | Dividend | J | T | | | | | |
| 11. Fidelity Municipal Income (L17) | C | Dividend | J | T | | | | | |
| 12. ML BIF MI Municipal Money Fund (L18) | A | Dividend | K | T | | | | | |
| 13. FIA Card Services NA (L19) (Y) | | | | | Merged (with line 54) | | | | |
| 14. Raymond James Bank Deposit Program (L20) (Y) | | | | | Merged (with line 28) | | | | |
| 15. Polaris Choice II Annuity (SunAmerica Ann & Life) (L21) | B | Int./Div. | L | T | | | | | |
| 16. Polaris II Annuity (L37) | B | Int./Div. | K | T | | | | | |
| 17. Perspective II Annuity (Jackson National Life) (L38) | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Raymond James - IRA (L39) | E | Int./Div. | N | T | | | | | |
| 19. - First Eagle Global Fund Class A M/F (L41) | | | | | | | | | |
| 20. - AT&T Incorporated (L42) | | | | | | | | | |
| 21. - ALCOA Incorporated (L43) | | | | | Sold | 04/08/14 | J | | |
| 22. - Microsoft Corporation (L45) | | | | | | | | | |
| 23. - Verizon Communications Incorporated (L46) | | | | | | | | | |
| 24. - Artisan Mid Cap Value Fund Investor Class N/L (L47) | | | | | | | | | |
| 25. - Deutsche Real Estate Securities Fund (L48) | | | | | | | | | See Note Part VIII |
| 26. - Oppenheimer International Bond Fund Class A (L51) | | | | | | | | | |
| 27. - PIMCO Commodity Real Return Strategy Fund Class A (L52) | | | | | | | | | |
| 28. - Raymond James Bank Deposit Program (L53) | | | | | | | | | |
| 29. - Baxter International Incorporated (L54) | | | | | | | | | |
| 30. - Freeport-Mcmoran Copper & Gold (L55) | | | | | | | | | |
| 31. - Gentex Corporation (L56) | | | | | | | | | |
| 32. - UGI Corporation New (L57) | | | | | | | | | |
| 33. - First Eagle Fund of America Class A M/F (L58) | | | | | | | | | |
| 34. - Alliance Bernstein High Income Fund Class A M/F (L59) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Bankwest FDIC #4009 CD (L61) | | | | | | | | | See Note Part VIII |
| 36. - CIT Bank FDIC #35575 CD 2.20% (17284A3Q9) (L62) | | | | | | | | | See Note Part VIII |
| 37. - Corning Incorporated (L63) | | | | | | | | | |
| 38. - Freeport-Mcmoran Copper & Gold (L64) Y | | | | | Merged (with line 30) | | | | |
| 39. - Gentex Corporation (L65) Y | | | | | Merged (with line 31) | | | | |
| 40. - Linn Energy LLC Unit Ltd Liab (L66) | | | | | | | | | |
| 41. - Templeton Global Bond Fund Class A M/ F (L67) | | | | | | | | | |
| 42. - AMG Yacktman Fund Service (L68) | | | | | | | | | See Note Part VIII |
| 43. - Intel Corporation (L69) | | | | | | | | | |
| 44. - Invesco Select Cos Fund (L70) | | | | | | | | | |
| 45. - Fidelity Advisor Materials Fund (L71) | | | | | | | | | |
| 46. - Oakmark International Fund (L72) | | | | | | | | | |
| 47. - Hennessy Focus Fund Investor Class (L73) | | | | | | | | | |
| 48. - Integrity Williston Basin Mid North (L75) | | | | | | | | | |
| 49. - CIT Bank FDIC #35575 CD 2.05% (L76) | | | | | | | | | |
| 50. - Cisco Systems Incorporated (L77) | | | | | | | | | |
| 51. - First Eagle Overseas Fund Class A (L50) X | | | | | | | | | See Note Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Apollo Global Mgmt LLC | | | | | Buy | 06/20/14 | J | | |
| 53.  Merrill Lynch - IRA #1 (L78) | D | Dividend | O | T | | | | | |
| 54.  - FIA Card Services NA RASP (L79) | | | | | | | | | |
| 55.  - Kimberly Clark (L83) | | | | | | | | | |
| 56.  - Qualcomm Inc (L85) | | | | | Buy (add'l) | 12/19/14 | J | | |
| 57.  - AT&T Incorporated (L94) | | | | | Sold | 05/05/14 | J | A | |
| 58.  - Chevron Corp (L97) | | | | | Sold (part) | 04/21/14 | K | A | |
| 59. | | | | | Sold | 06/17/14 | J | A | |
| 60.  - Amer Express Company (L113) | | | | | Sold | 01/08/14 | K | C | |
| 61.  - Baxter International Inc (L115) | | | | | Sold | 04/21/14 | K | B | |
| 62.  -Coca Cola Corn (L128) | | | | | Sold (part) | 05/19/14 | K | B | |
| 63. | | | | | Sold | 06/17/14 | J | A | |
| 64.  - Dominion Res Inc New (L133) | | | | | Sold | 02/26/14 | K | B | |
| 65.  - Emerson Elec Co (L141) | | | | | Sold | 01/21/14 | J | A | |
| 66.  - Home Depot Inc (L142) | | | | | Sold | 09/02/14 | J | A | |
| 67.  - Kimberly Clark (L149) | | | | | | | | | |
| 68.  - Kraft Foods Group Inc (L150) | | | | | Sold | 03/24/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Merck and Co Inc Shs (L157) | | | | | Sold | 02/24/14 | K | D | |
| 70. - Microsoft Corp (L158) | | | | | Sold | 02/04/14 | K | A | |
| 71. - Procter & Gamble Co (L163) | | | | | Sold | 08/18/14 | K | B | |
| 72. - SPDR Dow Jones Indust Av ETF Trust (L164) | | | | | Sold | 02/03/14 | K | | |
| 73. - Union Pacific Corp (L167) | | | | | Sold | 05/19/14 | K | A | |
| 74. - United Techs Corp Com (L168) | | | | | Sold | 01/10/14 | J | A | |
| 75. - AMN Elec Power Co | | | | | Buy | 12/26/14 | K | | |
| 76. - Apple Inc | | | | | Buy | 10/22/14 | J | | |
| 77. - Comcast Corp New | | | | | Buy | 02/11/14 | J | | |
| 78. - Disney (Walt) Co | | | | | Buy | 08/14/14 | K | | |
| 79. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 80. - Du Pont E I De Nemours | | | | | Buy | 05/05/14 | J | | |
| 81. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 82. - Eli Lilly & Co | | | | | Buy | 12/04/14 | K | | |
| 83. - Emerson Elec Co | | | | | Buy | 12/05/14 | K | | |
| 84. - Ishares 1-3 Year Treas Bond ETF | | | | | Buy | 02/27/14 | L | | |
| 85. - Johnson and Johnson Com | | | | | Buy | 08/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - JPMorgan Chase & Co | | | | | Buy | 01/09/14 | K | | |
| 87. - Lockheed Martin Corp | | | | | Buy | 12/05/14 | K | | |
| 88. - Medtronic Inc | | | | | Buy | 12/05/14 | K | | |
| 89. - Norfolk Southern Corp | | | | | Buy | 12/02/14 | J | | |
| 90. - Pepsico Inc | | | | | Buy | 12/23/14 | K | | |
| 91. - PPL Corporation | | | | | Buy | 12/15/14 | J | | |
| 92. - Procter & Gamble Co | | | | | Buy | 10/24/14 | K | | |
| 93. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 94. - U.S Treasury Strips Zero % | | | | | Buy | 05/04/14 | K | | |
| 95. - Verizon Communications | | | | | Buy | 05/05/14 | K | | |
| 96. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 97. - Weyerhaeuser Co | | | | | Buy | 10/31/14 | K | | |
| 98. Merrill Lynch - IRA #2 (L172) | A | Dividend | K | T | | | | | |
| 99. - FIA Card Services NA RASP (L172) | | | | | | | | | |
| 100. - Spectra Energy Corp (L174) | | | | | | | | | |
| 101. - AT&T Inc (L179) | | | | | Buy (add'l) | 04/01/14 | J | | |
| 102. - Chevron Corp (L182) | | | | | Sold | 06/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - Kimberly Clark (L186) | | | | | Buy (add'l) | 10/03/14 | J | | |
| 104.   - Qualcomm Inc (L190) | | | | | Buy (add'l) | 09/25/14 | J | | |
| 105.   - Amer Express Company (L191) | | | | | Sold | 01/10/14 | J | A | |
| 106.   - Baxter International Inc (L192) | | | | | Sold | 04/23/14 | J | A | |
| 107.   - Boeing Company (L194) | | | | | Sold | 09/05/14 | J | A | |
| 108.   - Coca Cola Com (L197) | | | | | Sold (part) | 05/19/14 | J | A | |
| 109. | | | | | Sold | 05/21/14 | J | A | |
| 110.   - Emerson Elec Co (L198) | | | | | Sold | 01/23/14 | J | A | |
| 111. | | | | | Buy | 01/31/14 | J | | |
| 112. | | | | | Sold (part) | 06/23/14 | J | A | |
| 113. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 114.   - Kraft Foods Group Inc (L199) | | | | | Sold | 03/26/14 | J | A | |
| 115.   - Merck and Co Inc Shs (L204) | | | | | Sold | 11/24/14 | J | A | |
| 116.   - Microsoft Corp (L205) | | | | | Sold | 02/07/14 | J | A | |
| 117.   - SPDR Dow Jones Indust Av (L210) | | | | | Sold | 02/03/14 | J | | |
| 118.   - United Techs Corp Com (L215) | | | | | Sold | 01/15/14 | J | | |
| 119.   - Apple Inc | | | | | Buy | 10/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   - Disney (Walt) Co | | | | | Buy | 04/30/14 | J | | |
| 121.   - Dow Chemical Co | | | | | Buy | 10/31/14 | J | | |
| 122.   - Eli Lilly & Co | | | | | Buy | 12/04/14 | J | | |
| 123.   - JP Morgan Chase & Co | | | | | Buy | 01/14/14 | J | | |
| 124.   - Medtronic Inc | | | | | Buy | 12/05/14 | J | | |
| 125.   - Pepsico Inc | | | | | Buy | 12/23/14 | J | | |
| 126.   - Spectra Energy Corp | | | | | Buy | 12/10/14 | J | | |
| 127.   - Unitedhealth Group Inc | | | | | Buy | 09/16/14 | J | | |
| 128.   - V F Corporation | | | | | Buy | 09/16/14 | J | | |
| 129.   - Weyerhasuser Co | | | | | Buy | 10/31/14 | J | | |
| 130.  ING Smart Design Variable Annuity (X) | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Lines 18-52, 53-97, 98-132 Are being treated as Aggregate Ownership Arrangements.

VII Line 25 Formerly named DWS RREEF Real Estate Securities Fund Class A(Scdr)

VII Line 35 Formerly named Bankwest Pierre SD FDIC #4009 CD

VII Line 36 Formerly named  CIT Bank Salt Lake City UT FDIC #35575 CD

VII Line 42 Formerly named The Yacktman Fund N/L

VII Line 51 Asset incorrectly reported sold in 2013

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/06/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Hugh W. Brenneman Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544